UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MANCUSO INC., d/b/a | * | CIVIL ACTION |
| WOOD FLOOR FINISHERS INC., | * | NO. CV06-5728 |
| MANCUSO INC., SOUTHEAST | * | |
| HARDWOOD FLOORING | * | SECTION "K" |
| DISTRIBUTORS INC., and | * | STANWOOD R. DUVAL, JR. |
| GSMJM PROPERTIES | * | |
| Plaintiffs | * | MAGISTRATE "4" |
| | * | KAREN W. ROBY |
| VERSUS | * | |
| | * | |
| LAFAYETTE INSURANCE COMPANY, | * | |
| UNITED FIRE GROUP, and | * | |
| PROPERTY LOSS CONSULTING, INC. | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Joint Motion for Partial Dismissal Without Prejudice and Joint Motion to Remand:

**IT IS HEREBY ORDERED** that the claims made against United Fire and Casualty Company incorrectly referred to as United Fire Group be and are hereby dismissed without prejudice, reserving all rights to proceed against Lafayette Insurance Company and Property Loss Consulting, Inc.

1

**IT IS FURTHER ORDERED** that this matter is hereby remanded back to the 22nd Judicial district Court for the Parish of St. Tammany, Division "E" for further proceedings.

New Orleans, Louisiana, this __19th__ day of __December__ 2007.

_____
U.S. DISTRICT JUDGE STANWOOD DUVAL